# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHYLISS HUFF, ) | |
|     Plaintiff, ) | Case No. 2:10-cv-01394-PMP-GWF |
| vs. ) | **ORDER** |
| NORTH LAS VEGAS POLICE DEPARTMENT, ) *et al.*, ) | |
|     Defendants. ) | |

On January 21, 2014, the Court conducted a status conference regarding the settlement conference currently scheduled for January 24, 2014. The Court set the settlement conference pursuant to Order (#85) which denied Defendants' motion for summary judgment and referred this case to the undersigned magistrate judge to conduct another settlement conference. On January 16, 2014, Defendants filed a Notice of Interlocutory Appeal from the denial of their motion for summary judgment. After conferring with the parties' counsel, the Court has determined that a settlement conference before the undersigned on January 24, 2014 would not be reasonably productive. Counsel further informed the Court that they will likely be participating in the Ninth Circuit's mediation program with respect to the appeal in this case. Accordingly,

**IT IS HEREBY ORDERED** that the settlement conference scheduled for January 24, 2014 is **vacated**. A settlement conference will be rescheduled, if necessary, after the resolution of Defendants' appeal from the order denying their motion for summary judgment.

DATED this 21st day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge