# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHYLISS HUFF, <br><br> Plaintiff, <br><br> vs. <br><br> NORTH LAS VEGAS POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | Case No. 2:10-cv-01394-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulation and Request to Extend Discovery (Third Request) (#59) filed August 8, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than April 26, 2013, or 30 days after a decision on the dispositive motions. A motion for summary judgment (#67) was decided on December 23, 2014, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision. Defendants thereafter filed an appeal with the Ninth Circuit as to the Order on the Motion for Summary Judgment. Pursuant to a stipulation of the parties, the appeal was voluntarily dismissed on July 1, 2014. There are no further dispositive motions pending. To date, the parties have not filed a joint pretrial order. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 6, 2014**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 24th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge